[Crim. No. 227. Second Appellate District.—December 12, 1911.]

In the Matter of the Application of J. H. GALIVAN, for Writ of Habeas Corpus.

HABEAS CORPUS—INABILITY OF JUSTICES TO AGREE—REMAND.—Upon an application for discharge upon writ of *habeas corpus*, where the justices of the district court of appeal are unable to concur in a judgment, the writ must be denied and the petitioner remanded into custody.

PETITION for writ of *habeas corpus*.

E. W. Camp, U. T. Clotfelter, and M. W. Reed, for Petitioner.

R. B. Goodcell, for Respondent.

THE COURT.—The justices of this court being unable to concur in a judgment, the writ must be and is denied, and petitioner remanded into custody.